In the Matter of the Judicial Settlement of the Account of EARL W. SCRIPTER, as Executor, etc., of ELBERT O. FORBES, Deceased.— Order resettled.

In the Matter of BERNARD BENSON.— Motion denied.

MARK·W. JAMIESON, Respondent, v. CHARLES P. MYERS, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of CHARLES ELDERKIN, Respondent, against YATES LUMBER COMPANY and Another, Appellants. ˙ STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award is excessive.  All concur. H. T. Kellogg and Hinman, JJ., vote for a dismissal of the claim on the ground that claimant was an independent contractor.

In the Matter of the Claim of JANE F. O'LEARY, Respondent, against THE MORRIS PLAN COMPANY OF NEW YORK and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent. — Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Sandberg* v. *Seymour Dress Co., Inc.* (242 N. Y. 497).  All concur.

In the Matter of the Claim of SOL WEINER, Respondent, against B. TITMAN Co., INC., and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of SIDNEY TANNENBAUM, Respondent, against ESTATE OF CHARLES A. BAUDOUINE and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the entire injury was comprehended by the first award.  All concur.

In the Matter of the Claim of CATHLEEN MARTIN, Respondent, against JONES & GREEN and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ELIZABETH VAN HEDENKAMP, Respondent, against GOODMAN THEATRICAL CORPORATION and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.